

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
FEB - 8 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § § | No. 4:23CR 18<br>Judge Mazzant |
| ALI DANIAL HEMANI | | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation:  18 U.S.C. § 922(g)(3)
(Possession of a Firearm by a
User of a Controlled Substance)

On or about August 3, 2022, in Denton County, in the Eastern District of Texas **Ali Danial Hemani**, defendant, knowing that he was an unlawful user of a controlled substance as defined in Title 21 United States Code, Section 802, did knowingly possess a firearm, that is, a Glock 19, 9mm pistol, bearing serial number BRWX640, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of 18 U.S.C. § 922(g)(3) and 924(a)(8).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

### Pursuant to 18 U.S.C. 924(d) and 28 U.S.C. § 2461(c)

As a result of committing the offenses as charged in this Indictment, defendant shall forfeit to the United States, pursuant to 18 U.S.C. 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. 922, including but not limited to:

INDICTMENT - Page 1

1. a Glock 19, 9mm pistol, bearing serial number BRWX640; and

2. Any ammunition related to the case.

A TRUE BILL.

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____   Date 2/8/23
MAUREEN SMITH
Assistant United States Attorney

INDICTMENT - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 4:23CR 18 Judge Mazzant |
| ALI DANIAL HEMANI | § | |

## NOTICE OF PENALTY

### Count One

**Violation:** 18 U.S.C. § 922(g)(3)

**Penalty:** Imprisonment for not more than 15 years, a fine not to exceed $250,000, or both, and a term of supervised release of not more than three (3) years.

**Special Assessment:** $100.00