| DATE: | 2/13/2023 |
|---|---|
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| INTERPRETER: | |
| BEGIN/END: | *10:58 – 11:16 am* |
| TOTAL TIME: | *5 min* |

*4:22cr197, 22cr295, 4:23cr04*

CASE NUMBER 4:23-CR-00018-ALM

USA v. Ali Danial Hemani

*Chris Eason*
AUSA

*Brian O'Shea*
Defense Attorney

**FILED**

FEB 1 3 2023

Clerk, U.S. District Court
Eastern District of Texas

☒ INITIAL APPEARANCE INDICTMENT
☒ ARRAIGNMENT
☐ DETENTION HEARING      ☐ PRELIMINARY HEARING      ☐ STATUS CONFERENCE

☒ Hearing Held      ☒ Hearing Called      ☒ Defendant Sworn      ☐ Interpreter Required

☒ Date of arrest: 2/10/2023

☒ Defendant ☒ advised of charges ☒ advised of maximum penalties ☒ waived reading of indictment

☐ Defendant first appearance with counsel Attorney: _____ ☐ Retained
☐ Defendant advises the Court that they ☐ have counsel who is _____ or, ☐ will hire counsel.
☒ Financial affidavit executed by dft.
☒ Defendant requests appointed counsel, is sworn and examined re: financial status.
☒ The court finds the defendant is ☐ able to employ counsel ☒ unable to employ counsel.
☐ _____ CJA appointed
☒ *Brian O'Shea* _____ FPD appointed

☒ USA ORAL motion for detention
☐ USA ORAL motion to continue ☐ Oral Order granting continuance ☐ Oral Order denying continuance
☐ Defendant ORAL motion to continue detention hearing
☐ Oral Order granting continuance ☐ Oral Order denying continuance
☒ Detention hearing set *3:00pm on 2/16* _____
☐ Arraignment set _____

☐ Detention Hearing waived.
☐ Defendant detained based on signed Waiver.
☐ Preliminary Hearing waived.
☐ Court found Probable Cause based on signed Waiver.
☐ Defendant signed Waiver of Rule 5 and 5.1 hearings: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting district.
☐ Defendant signed Waiver of Rule32.1 hearing: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting   district.
☐ Defendant remanded to custody of U.S. Marshal ☐ Defendant ordered removed to Originating District
☐ Order setting conditions of release ☐ PR Bond executed
☐ Defendant failed to appear      ☐ oral order for arrest warrant      ☐ bond forfeited
☐ See reverse/attached for additional proceedings

## __ARRAIGNMENT__

☒ Arraignment held.          ☒ Arraignment called.

Defendant enters a plea of: ☐ not guilty   ☐ guilty   ☐ nolo
to counts:  ☒ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12 _____
          ☐ all counts

☒ Pretrial Order and Scheduling Order -Discovery and Inspection to be entered.

☒ **PRETRIAL CONFERENCE SET**
**Friday, April 7, 2023: at 10:00 am before Judge Amos L. Mazzant, III in Sherman, Texas.**

## __DETENTION__

☐ Government witnesses:

☐ Defendant witnesses:

**PROCEEDINGS:**

Court ordered Defendant ☒ DETAINED ☐ RELEASED

☐ Conditions of Release entered

☒ Defendant remanded to USM.