UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION


FILED
FEB 1 3 2023
Clerk, U.S. District Court
Eastern District of Texas

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CASE NUMBER 4:23-CR-00018-ALM |
| | § | |
| ALI DANIAL HEMANI | § | |

## ORDER

Because the above-named defendant has testified under oath or has otherwise satisfied this court that he/she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is appointed to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

So ORDERED and SIGNED this 13th day of February, 2023.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE