UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FILED
FEB 1 3 2023
Clerk, U.S. District Court
Eastern District of Texas

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CASE NUMBER 4:23-CR-00018-ALM |
| | § | |
| ALI DANIAL HEMANI | § | |

## ORDER SCHEDULING A DETENTION HEARING

A hearing in this case is scheduled as follows:

| Before:<br><br>U.S. Magistrate Judge Kimberly C. Priest Johnson<br>United States Federal Courthouse<br>7940 Preston Road<br>Plano, TX 75024 | Courtroom Number: 108 |
|---|---|
| | Date: Thursday, February 16, 2023<br><br>Time: 3:00 pm |

**IT IS ORDERED**: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: February 13, 2023

UNITED STATES MAGISTRATE JUDGE