UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO.  4:23CR18 |
| | § | (Judge Mazzant) |
| ALI DANIAL HEMANI | § | |

**NOTICE OF ATTORNEY APPEARANCE**

TO THE HONORABLE AMOS MAZZANT, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS:

COMES NOW Assistant Federal Public Defender, Michael Pannitto, for the Eastern District of Texas, the undersigned and notices the Court of the Federal Defender's intent to substitute Michael Pannitto, Assistant Federal Defender, Sherman Division, for Brian O'Shea, as counsel for defendant in this cause.  The undersigned, Michael Pannitto, Assistant Federal Defender, should be formally substituted as attorney of record for the defendant, and all further pleadings and papers should be served on:

> Michael Pannitto
> Assistant Federal Defender
> State Bar No.6274129
> 600 E. Taylor, Suite 4000
> Sherman, Texas 75090
> (903) 892-4448
> (903) 892-4808 FAX

        Respectfully Submitted,

        /s/ Michael Pannitto
        MICHAEL PANNITTO
        State Bar No. 6274129
        Assistant Federal Defender
        Federal Defender's Office
        600 E. Taylor, Suite 4000
        Sherman, Texas 75090
        903/892-4448
        903/892-4808 (FAX)

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing instrument has been furnished to **Maureen Smith**, Assistant U.S. Attorney, presently assigned to this case, via electronic court filing system, on this the 14th day of February 2023.

        /s/ Michael Pannitto
        MICHAEL PANNITTO