UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO.  4:23CR018 |
| | § | (Judge Mazzant) |
| ALI DANIAL HEMANI | § | |

**ORDER**

On this day, the court considered Defendant's Motion to Dismiss Indictment, and the

Court is of the opinion that the motion should be GRANTED. Accordingly, it is hereby:

ORDERED that the Indictment in this cause be DISMISSED.

**SIGNED this 21st day of February, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

1