IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:23CR18 |
| | § | |
| ALI DANIAL HEMANI | § | |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney, Heather Rattan, enters her appearance as co-counsel in this case on behalf of the United States of America, and respectfully requests that she be added to the list of counsel to receive all future notices, orders, and filings in this case through the Court's CM/ECF system.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

/s/
HEATHER RATTAN
Assistant United States Attorney
State Bar No. 16581050
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972) 509-1201
Heather.Rattan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2023, I electronically served a true and correct copy of this document upon all counsel of record by means of the Court's CM/ECF system.

/s/
HEATHER RATTAN