**Appendix 2**

Table H-3.
U.S. District Courts ---- Pretrial Services Recommendations Made For Initial Pretrial Release
For the 12-Month Period Ending September 30, 2022

| Circuit and District | Cases Activated | Type of PSO[1] Recommendation Made[3] | | | | | | Type of AUSA[2] Recommendation Made[3] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PSO Recommended | | Detention | | Release | | AUSA Recommendation | | Detention | | Release | |
| | | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. |
| TOTAL | 73,690 | 66,670 | 90.5 | 43,595 | 65.4 | 23,075 | 34.6 | 66,710 | 90.5 | 49,143 | 73.7 | 17,567 | 26.3 |
| 1ST | 1,903 | 1,740 | 91.4 | 1,006 | 57.8 | 734 | 42.2 | 1,737 | 91.3 | 1,271 | 73.2 | 466 | 26.8 |
| ME | 184 | 152 | 82.6 | 65 | 42.8 | 87 | 57.2 | 152 | 82.6 | 80 | 52.6 | 72 | 47.4 |
| MA | 443 | 408 | 92.1 | 168 | 41.2 | 240 | 58.8 | 407 | 91.9 | 218 | 53.6 | 189 | 46.4 |
| NH | 168 | 102 | 60.7 | 32 | 31.4 | 70 | 68.6 | 101 | 60.1 | 35 | 34.7 | 66 | 65.3 |
| RI | 110 | 95 | 86.4 | 46 | 48.4 | 49 | 51.6 | 95 | 86.4 | 62 | 65.3 | 33 | 34.7 |
| PR | 998 | 983 | 98.5 | 695 | 70.7 | 288 | 29.3 | 982 | 98.4 | 876 | 89.2 | 106 | 10.8 |
| 2ND | 3,129 | 2,916 | 93.2 | 1,429 | 49.0 | 1,487 | 51.0 | 2,943 | 94.1 | 1,700 | 57.8 | 1,243 | 42.2 |
| CT | 301 | 256 | 85.0 | 129 | 50.4 | 127 | 49.6 | 255 | 84.7 | 162 | 63.5 | 93 | 36.5 |
| NY,N | 385 | 360 | 93.5 | 230 | 63.9 | 130 | 36.1 | 358 | 93.0 | 243 | 67.9 | 115 | 32.1 |
| NY,E | 762 | 735 | 96.5 | 325 | 44.2 | 410 | 55.8 | 735 | 96.5 | 385 | 52.4 | 350 | 47.6 |
| NY,S | 1,132 | 1,122 | 99.1 | 520 | 46.3 | 602 | 53.7 | 1,122 | 99.1 | 576 | 51.3 | 546 | 48.7 |
| NY,W | 390 | 312 | 80.0 | 137 | 43.9 | 175 | 56.1 | 341 | 87.4 | 233 | 68.3 | 108 | 31.7 |
| VT | 159 | 131 | 82.4 | 88 | 67.2 | 43 | 32.8 | 132 | 83.0 | 101 | 76.5 | 31 | 23.5 |
| 3RD | 2,628 | 2,445 | 93.0 | 1,261 | 51.6 | 1,184 | 48.4 | 2,447 | 93.1 | 1,396 | 57.0 | 1,051 | 43.0 |
| DE | 109 | 103 | 94.5 | 82 | 79.6 | 21 | 20.4 | 103 | 94.5 | 81 | 78.6 | 22 | 21.4 |
| NJ | 895 | 851 | 95.1 | 378 | 44.4 | 473 | 55.6 | 851 | 95.1 | 413 | 48.5 | 438 | 51.5 |
| PA,E | 498 | 491 | 98.6 | 263 | 53.6 | 228 | 46.4 | 491 | 98.6 | 283 | 57.6 | 208 | 42.4 |
| PA,M | 529 | 445 | 84.1 | 302 | 67.9 | 143 | 32.1 | 445 | 84.1 | 314 | 70.6 | 131 | 29.4 |
| PA,W | 498 | 473 | 95.0 | 194 | 41.0 | 279 | 59.0 | 473 | 95.0 | 239 | 50.5 | 234 | 49.5 |
| VI | 99 | 82 | 82.8 | 42 | 51.2 | 40 | 48.8 | 84 | 84.8 | 66 | 78.6 | 18 | 21.4 |
| 4TH | 4,413 | 3,480 | 78.9 | 1,996 | 57.4 | 1,484 | 42.6 | 3,455 | 78.3 | 2,321 | 67.2 | 1,134 | 32.8 |
| MD | 426 | 392 | 92.0 | 191 | 48.7 | 201 | 51.3 | 384 | 90.1 | 210 | 54.7 | 174 | 45.3 |
| NC,E | 801 | 557 | 69.5 | 358 | 64.3 | 199 | 35.7 | 556 | 69.4 | 431 | 77.5 | 125 | 22.5 |
| NC,M | 328 | 315 | 96.0 | 216 | 68.6 | 99 | 31.4 | 315 | 96.0 | 233 | 74.0 | 82 | 26.0 |
| NC,W | 468 | 443 | 94.7 | 305 | 68.8 | 138 | 31.2 | 444 | 94.9 | 327 | 73.6 | 117 | 26.4 |
| SC | 647 | 494 | 76.4 | 274 | 55.5 | 220 | 44.5 | 470 | 72.6 | 297 | 63.2 | 173 | 36.8 |
| VA,E | 938 | 649 | 69.2 | 308 | 47.5 | 341 | 52.5 | 656 | 69.9 | 457 | 69.7 | 199 | 30.3 |
| VA,W | 198 | 160 | 80.8 | 96 | 60.0 | 64 | 40.0 | 156 | 78.8 | 98 | 62.8 | 58 | 37.2 |
| WV,N | 316 | 251 | 79.4 | 118 | 47.0 | 133 | 53.0 | 251 | 79.4 | 110 | 43.8 | 141 | 56.2 |
| WV,S | 291 | 219 | 75.3 | 130 | 59.4 | 89 | 40.6 | 223 | 76.6 | 158 | 70.9 | 65 | 29.1 |
| 5TH | 19,382 | 18,215 | 94.0 | 14,246 | 78.2 | 3,969 | 21.8 | 18,028 | 93.0 | 15,768 | 87.5 | 2,260 | 12.5 |
| LA,E | 405 | 381 | 94.1 | 213 | 55.9 | 168 | 44.1 | 381 | 94.1 | 246 | 64.6 | 135 | 35.4 |
| LA,M | 117 | 95 | 81.2 | 53 | 55.8 | 42 | 44.2 | 93 | 79.5 | 64 | 68.8 | 29 | 31.2 |
| LA,W | 307 | 194 | 63.2 | 125 | 64.4 | 69 | 35.6 | 170 | 55.4 | 116 | 68.2 | 54 | 31.8 |
| MS,N | 183 | 145 | 79.2 | 71 | 49.0 | 74 | 51.0 | 145 | 79.2 | 59 | 40.7 | 86 | 59.3 |
| MS,S | 377 | 302 | 80.1 | 234 | 77.5 | 68 | 22.5 | 305 | 80.9 | 237 | 77.7 | 68 | 22.3 |
| TX,N | 990 | 900 | 90.9 | 556 | 61.8 | 344 | 38.2 | 880 | 88.9 | 687 | 78.1 | 193 | 21.9 |
| TX,E | 1,171 | 853 | 72.8 | 541 | 63.4 | 312 | 36.6 | 804 | 68.7 | 627 | 78.0 | 177 | 22.0 |
| TX,S | 8,249 | 7,860 | 95.3 | 6,638 | 84.5 | 1,222 | 15.5 | 7,833 | 95.0 | 6,909 | 88.2 | 924 | 11.8 |
| TX,W | 7,583 | 7,485 | 98.7 | 5,815 | 77.7 | 1,670 | 22.3 | 7,417 | 97.8 | 6,823 | 92.0 | 594 | 8.0 |
| 6TH | 4,875 | 4,115 | 84.4 | 2,319 | 56.4 | 1,796 | 43.6 | 4,283 | 87.9 | 2,802 | 65.4 | 1,481 | 34.6 |
| KY,E | 479 | 348 | 72.7 | 218 | 62.6 | 130 | 37.4 | 350 | 73.1 | 228 | 65.1 | 122 | 34.9 |
| KY,W | 348 | 293 | 84.2 | 169 | 57.7 | 124 | 42.3 | 292 | 83.9 | 205 | 70.2 | 87 | 29.8 |
| MI,E | 777 | 745 | 95.9 | 351 | 47.1 | 394 | 52.9 | 745 | 95.9 | 417 | 56.0 | 328 | 44.0 |
| MI,W | 248 | 225 | 90.7 | 101 | 44.9 | 124 | 55.1 | 223 | 89.9 | 143 | 64.1 | 80 | 35.9 |
| OH,N | 779 | 706 | 90.6 | 346 | 49.0 | 360 | 51.0 | 701 | 90.0 | 432 | 61.6 | 269 | 38.4 |
| OH,S | 640 | 561 | 87.7 | 179 | 31.9 | 382 | 68.1 | 558 | 87.2 | 271 | 48.6 | 287 | 51.4 |
| TN,E | 707 | 678 | 95.9 | 576 | 85.0 | 102 | 15.0 | 678 | 95.9 | 580 | 85.5 | 98 | 14.5 |
| TN,M | 405 | 160 | 39.5 | 135 | 84.4 | 25 | 15.6 | 337 | 83.2 | 241 | 71.5 | 96 | 28.5 |
| TN,W | 492 | 399 | 81.1 | 244 | 61.2 | 155 | 38.8 | 399 | 81.1 | 285 | 71.4 | 114 | 28.6 |

Table H-3.
## U.S. District Courts ---- Pretrial Services Recommendations Made For Initial Pretrial Release
### For the 12-Month Period Ending September 30, 2022

| Circuit and District | Cases Activated | Type of PSO[1] Recommendation Made[3] | | | | | | Type of AUSA[2] Recommendation Made[3] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PSO Recommended | | Detention | | Release | | AUSA Recommendation | | Detention | | Release | |
| | | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. | Total | Pct. |
| 7TH | 2,375 | 1,986 | 83.6 | 1,107 | 55.7 | 879 | 44.3 | 1,996 | 84.0 | 1,373 | 68.8 | 623 | 31.2 |
| IL,N | 647 | 600 | 92.7 | 230 | 38.3 | 370 | 61.7 | 602 | 93.0 | 344 | 57.1 | 258 | 42.9 |
| IL,C | 246 | 219 | 89.0 | 175 | 79.9 | 44 | 20.1 | 218 | 88.6 | 185 | 84.9 | 33 | 15.1 |
| IL,S | 235 | 203 | 86.4 | 136 | 67.0 | 67 | 33.0 | 203 | 86.4 | 159 | 78.3 | 44 | 21.7 |
| IN,N | 313 | 269 | 85.9 | 186 | 69.1 | 83 | 30.9 | 284 | 90.7 | 218 | 76.8 | 66 | 23.2 |
| IN,S | 444 | 368 | 82.9 | 240 | 65.2 | 128 | 34.8 | 362 | 81.5 | 291 | 80.4 | 71 | 19.6 |
| WI,E | 330 | 263 | 79.7 | 107 | 40.7 | 156 | 59.3 | 263 | 79.7 | 142 | 54.0 | 121 | 46.0 |
| WI,W | 160 | 64 | 40.0 | 33 | 51.6 | 31 | 48.4 | 64 | 40.0 | 34 | 53.1 | 30 | 46.9 |
| 8TH | 5,559 | 4,841 | 87.1 | 3,124 | 64.5 | 1,717 | 35.5 | 4,830 | 86.9 | 3,629 | 75.1 | 1,201 | 24.9 |
| AR,E | 548 | 404 | 73.7 | 209 | 51.7 | 195 | 48.3 | 404 | 73.7 | 203 | 50.2 | 201 | 49.8 |
| AR,W | 222 | 182 | 82.0 | 126 | 69.2 | 56 | 30.8 | 182 | 82.0 | 127 | 69.8 | 55 | 30.2 |
| IA,N | 342 | 295 | 86.3 | 192 | 65.1 | 103 | 34.9 | 294 | 86.0 | 230 | 78.2 | 64 | 21.8 |
| IA,S | 434 | 396 | 91.2 | 266 | 67.2 | 130 | 32.8 | 396 | 91.2 | 326 | 82.3 | 70 | 17.7 |
| MN | 393 | 374 | 95.2 | 210 | 56.1 | 164 | 43.9 | 374 | 95.2 | 228 | 61.0 | 146 | 39.0 |
| MO,E | 1,425 | 1,374 | 96.4 | 1,049 | 76.3 | 325 | 23.7 | 1,378 | 96.7 | 1,113 | 80.8 | 265 | 19.2 |
| MO,W | 689 | 541 | 78.5 | 321 | 59.3 | 220 | 40.7 | 541 | 78.5 | 455 | 84.1 | 86 | 15.9 |
| NE | 522 | 483 | 92.5 | 293 | 60.7 | 190 | 39.3 | 476 | 91.2 | 352 | 73.9 | 124 | 26.1 |
| ND | 410 | 245 | 59.8 | 128 | 52.2 | 117 | 47.8 | 239 | 58.3 | 149 | 62.3 | 90 | 37.7 |
| SD | 574 | 547 | 95.3 | 330 | 60.3 | 217 | 39.7 | 546 | 95.1 | 446 | 81.7 | 100 | 18.3 |
| 9TH | 18,371 | 17,541 | 95.5 | 11,080 | 63.2 | 6,461 | 36.8 | 17,428 | 94.9 | 12,418 | 71.3 | 5,010 | 28.7 |
| AK | 147 | 129 | 87.8 | 81 | 62.8 | 48 | 37.2 | 130 | 88.4 | 102 | 78.5 | 28 | 21.5 |
| AZ | 8,215 | 7,959 | 96.9 | 6,672 | 83.8 | 1,287 | 16.2 | 7,903 | 96.2 | 7,008 | 88.7 | 895 | 11.3 |
| CA,N | 394 | 377 | 95.7 | 143 | 37.9 | 234 | 62.1 | 383 | 97.2 | 244 | 63.7 | 139 | 36.3 |
| CA,E | 438 | 425 | 97.0 | 256 | 60.2 | 169 | 39.8 | 424 | 96.8 | 316 | 74.5 | 108 | 25.5 |
| CA,C | 1,481 | 1,442 | 97.4 | 813 | 56.4 | 629 | 43.6 | 1,434 | 96.8 | 963 | 67.2 | 471 | 32.8 |
| CA,S | 4,967 | 4,749 | 95.6 | 1,847 | 38.9 | 2,902 | 61.1 | 4,701 | 94.6 | 2,277 | 48.4 | 2,424 | 51.6 |
| HI | 151 | 135 | 89.4 | 51 | 37.8 | 84 | 62.2 | 135 | 89.4 | 86 | 63.7 | 49 | 36.3 |
| ID | 276 | 232 | 84.1 | 151 | 65.1 | 81 | 34.9 | 232 | 84.1 | 166 | 71.6 | 66 | 28.4 |
| MT | 397 | 316 | 79.6 | 165 | 52.2 | 151 | 47.8 | 315 | 79.3 | 190 | 60.3 | 125 | 39.7 |
| NV | 466 | 439 | 94.2 | 271 | 61.7 | 168 | 38.3 | 439 | 94.2 | 312 | 71.1 | 127 | 28.9 |
| OR | 505 | 490 | 97.0 | 220 | 44.9 | 270 | 55.1 | 490 | 97.0 | 281 | 57.3 | 209 | 42.7 |
| WA,E | 358 | 302 | 84.4 | 195 | 64.6 | 107 | 35.4 | 296 | 82.7 | 244 | 82.4 | 52 | 17.6 |
| WA,W | 534 | 505 | 94.6 | 200 | 39.6 | 305 | 60.4 | 505 | 94.6 | 207 | 41.0 | 298 | 59.0 |
| GUAM | 27 | 27 | 100.0 | 7 | 25.9 | 20 | 74.1 | 27 | 100.0 | 14 | 51.9 | 13 | 48.1 |
| NM,I | 15 | 14 | 93.3 | 8 | 57.1 | 6 | 42.9 | 14 | 93.3 | 8 | 57.1 | 6 | 42.9 |
| 10TH | 5,375 | 4,894 | 91.1 | 3,596 | 73.5 | 1,298 | 26.5 | 4,883 | 90.8 | 3,934 | 80.6 | 949 | 19.4 |
| CO | 390 | 319 | 81.8 | 224 | 70.2 | 95 | 29.8 | 307 | 78.7 | 234 | 76.2 | 73 | 23.8 |
| KS | 372 | 290 | 78.0 | 164 | 56.6 | 126 | 43.4 | 290 | 78.0 | 190 | 65.5 | 100 | 34.5 |
| NM | 2,282 | 2,222 | 97.4 | 1,838 | 82.7 | 384 | 17.3 | 2,225 | 97.5 | 1,948 | 87.6 | 277 | 12.4 |
| OK,N | 581 | 532 | 91.6 | 381 | 71.6 | 151 | 28.4 | 531 | 91.4 | 402 | 75.7 | 129 | 24.3 |
| OK,E | 214 | 172 | 80.4 | 116 | 67.4 | 56 | 32.6 | 172 | 80.4 | 148 | 86.0 | 24 | 14.0 |
| OK,W | 765 | 671 | 87.7 | 331 | 49.3 | 340 | 50.7 | 670 | 87.6 | 402 | 60.0 | 268 | 40.0 |
| UT | 606 | 564 | 93.1 | 438 | 77.7 | 126 | 22.3 | 564 | 93.1 | 490 | 86.9 | 74 | 13.1 |
| WY | 165 | 124 | 75.2 | 104 | 83.9 | 20 | 16.1 | 124 | 75.2 | 120 | 96.8 | 4 | 3.2 |
| 11TH | 5,680 | 4,497 | 79.2 | 2,431 | 54.1 | 2,066 | 45.9 | 4,680 | 82.4 | 2,531 | 54.1 | 2,149 | 45.9 |
| AL,N | 430 | 254 | 59.1 | 124 | 48.8 | 130 | 51.2 | 256 | 59.5 | 133 | 52.0 | 123 | 48.0 |
| AL,M | 184 | 143 | 77.7 | 55 | 38.5 | 88 | 61.5 | 144 | 78.3 | 66 | 45.8 | 78 | 54.2 |
| AL,S | 299 | 176 | 58.9 | 92 | 52.3 | 84 | 47.7 | 173 | 57.9 | 99 | 57.2 | 74 | 42.8 |
| FL,N | 328 | 292 | 89.0 | 130 | 44.5 | 162 | 55.5 | 290 | 88.4 | 138 | 47.6 | 152 | 52.4 |
| FL,M | 1,228 | 996 | 81.1 | 528 | 53.0 | 468 | 47.0 | 994 | 80.9 | 650 | 65.4 | 344 | 34.6 |
| FL,S | 1,869 | 1,549 | 82.9 | 886 | 57.2 | 663 | 42.8 | 1,834 | 98.1 | 832 | 45.4 | 1,002 | 54.6 |
| GA,N | 642 | 545 | 84.9 | 287 | 52.7 | 258 | 47.3 | 484 | 75.4 | 293 | 60.5 | 191 | 39.5 |
| GA,M | 406 | 321 | 79.1 | 200 | 62.3 | 121 | 37.7 | 289 | 71.2 | 193 | 66.8 | 96 | 33.2 |
| GA,S | 294 | 221 | 75.2 | 129 | 58.4 | 92 | 41.6 | 216 | 73.5 | 127 | 58.8 | 89 | 41.2 |

NOTE:  This table excludes data for the District of Columbia and includes transfers received.
[1] PSO = Pretrial Services Officer.
[2] AUSA = Assistant U.S. Attorney.
[3] Excludes dismissals and cases in which release is not possible within 90 days.