

GOVERNMENT EXHIBIT

