UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 4:23-cr-00018 |
| | § | |
| ALI DANIAL HEMANI, | § | |
| Defendant | § | |

**DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

COMES NOW Defendant, ALI DANIAL HEMANI, Defendant in the above-entitled action and moves the Court for an order substituting Camille M. Knight and Carl David Medders as attorneys for Defendant in place of Michael J. Pannitto of the Office of the Federal Public Defender.

As evidenced by his signature below, Mr. Hemani wishes for Ms. Knight and Mr. Medders to replace Mr. Pannitto and the Office of the Federal Public Defender as his counsel of record.

Maureen Smith, Assistant United States Attorney of record in this matter, does not oppose this substitution of counsel.

Respectfully submitted,

/s/ *Camille M. Knight*
Camille M. Knight
Texas State Bar No. 24027124
900 Jackson Street, Suite 430
Dallas, Texas 75202
214.871.1133
camille@cknightlaw.com

/s/ *Carl David Medders*
BURLESON, PATE & GIBSON, LLP
D. C. Bar No. 494911
900 Jackson Street, Suite 330
Dallas, Texas 75202
214.871.4900
dmedders@bp-g.com

_____
ALI DANIAL HEMANI
Defendant

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Assistant United States Attorney Maureen Smith, who states that the government is not opposed to the relief sought herein.

/s/ *Camille M. Knight*
Camille M. Knight

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2023, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

/s/ *Camille M. Knight*
Camille M. Knight