# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | Case Number 4:23CR018 |
| ALI DANIAL HEMANI | § § | |

## REFERRAL ORDER

Pursuant to the provisions of Title 28 U.S.C. § 636, it is **ORDERED** that the Defendant's Motions to Dismiss (Dkt. #12) is **REFERRED** to United States Magistrate Judge Kimberly Priest Johnson for consideration and a recommended disposition.

**SIGNED** this 17th day of May, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE