UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | No. 4:23-cr-00018 |
| | § | |
| ALI DANIAL HEMANI, | § | |
| Defendant | § | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE HEARING**

COMES NOW Defendant, ALI DANIAL HEMANI, Defendant in the above-entitled action and respectfully requests that the Court continue the hearing presently set on June 8, 2023, on Defendant's Motion to Revoke Detention Order, due to scheduling conflicts. In support thereof, counsel states as follows:

1. Undersigned counsel will be traveling internationally from a long-arranged trip on June 8; her flight returns late in the evening of June 8, 2023.

2. Co-counsel Mr. Medders has a hearing on June 12, 2023, in Albany, NY. Undersigned counsel has a hearing before Hon. Irma Ramirez on the morning of June 13, 2023.

3. There are no other scheduling conflicts on the part of the defense between June 14 and June 23, 2023.

4. Assistant United States Attorney Heather Rattan is not opposed to the relief sought herein.

WHEREFORE PREMISES CONSIDERED, Defendant Ali Hemani requests a continuance of the hearing currently set for June 8, 2023, to another date that is convenient to the Court.

Respectfully submitted,

/s/ *Camille M. Knight*
Camille M. Knight
Texas State Bar No. 24027124
900 Jackson Street, Suite 430
Dallas, Texas 75202
214.871.1133
camille@cknightlaw.com

*/s/ Carl David Medders*
BURLESON, PATE & GIBSON, LLP
D. C. Bar No. 494911
900 Jackson Street, Suite 330
Dallas, Texas 75202
214.871.4900
dmedders@bp-g.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Assistant United States Attorney Heather Rattan, who states that the government is not opposed to the relief sought herein.

*/s/ Camille M. Knight*
Camille M. Knight

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

*/s/ Camille M. Knight*
Camille M. Knight
