UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:23-cr-00018 |
| | § | |
| ALI DANIAL HEMANI, | § | |
| Defendant | § | |

**ORDER**

THE COURT, having considered Defendant's Unopposed Motion to Continue Hearing, finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED THAT the hearing presently set for June 8, 2023, in this matter shall be continued to _____, 2023, at _____ a.m./p.m.

SO ORDERED.

_____