**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| v. § | **CASE NUMBER 4:23-CR-018 ALM/KPJ** |
| § | |
| **ALI DANIAL HEMANI** § | |

## ORDER

Pending before the Court is Defendant's Unopposed Motion to Continue Hearing on Defendant's Motion to Revoke Detention Order (Dkt. 44). The motion is hereby **GRANTED**.

It is therefore **ORDERED** that the Motion Hearing as to the Motion to Revoke or Amend Detention Order (Dkt. 36) and the Motion to Dismiss Indictment (Dkt. 12) is reset for Thursday, June 15, 2023, at 10:00 a.m., before the undersigned.

**So ORDERED and SIGNED this 23rd day of May, 2023.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE