IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § | Case No. 4:23-CR-018 ALM/KPJ |
| ALI DANIAL HEMANI | § § § | |

## ORDER

Having considered Defendant's Motion for Leave to File an attached Notice (Dkt. 48), the motion is hereby **GRANTED**. The Court will consider the Notice (Dkt. 48) in deciding Defendant's Motion to Dismiss Indictment (Dkt. 12).

**IT IS ORDERED** that the Notice attached as Exhibit A to the Motion for Leave to File (Dkt. 48) is deemed filed.

So ORDERED and SIGNED this 15th day of June, 2023.

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE