UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | No. 4:23-cr-00018 |
| | § | |
| ALI DANIAL HEMANI, | § | FILED UNDER SEAL |
| Defendant | § | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE
## SUPPLEMENTAL BRIEF UNDER SEAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COME the Defendant, ALI DANIAL HEMANI, the Defendant in the above-styled and numbered cause, and files the attached Supplemental Brief in Support Reopening the Hearing on Government Motion For Detention under seal. In support of said motion, the Defendant would respectfully show unto the Court as follows:

I.

The Defendant respectfully requests that the motion entitled "Supplemental Brief in Support Reopening the Hearing on Government Motion For Detention" be filed under seal because it contains sensitive personal information and exhibits.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that this Honorable Court issue an order authorizing the filing of the Supplemental Brief in Support Reopening the Hearing on Government Motion For Detention and its exhibits to be done under seal. The Defendant also requests that this Motion for Leave to File be placed under seal.

Respectfully submitted,

/s/ *Camille M. Knight*
Camille M. Knight
Texas State Bar No. 24027124
900 Jackson Street, Suite 430
Dallas, Texas 75202
214.871.1133
camille@cknightlaw.com

*/s/ Carl David Medders*
BURLESON, PATE & GIBSON, LLP
D. C. Bar No. 494911
900 Jackson Street, Suite 330
Dallas, Texas 75202
214.871.4900
dmedders@bp-g.com

CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2023, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

/s/ *Carl David Medders*
Carl David Medders