UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:23-cr-00018 |
| | § | |
| ALI DANIAL HEMANI, | § | FILED UNDER SEAL |
| Defendant | § | |

## ORDER

ON THIS DAY came on to be heard the Defendant's Motion for Leave to File Motion Under Seal; and after having considered the pleadings and arguments of counsel, the Court is of the opinion that said motion should be and the same is hereby in all respects GRANTED.

IT IS THEREFORE ORDERED that the Defendant's Supplemental Brief in Support Reopening the Hearing on Government Motion For Detention and its exhibits shall be filed under seal.

IT IS ALSO ORDERED that the Defendant's Motion for Leave to File shall be filed under seal.

**ORDER** - Solo Page