**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NUMBER 4:23-CR-018 ALM/KPJ** |
| | § | |
| **ALI DANIAL HEMANI** | § | |
| | § | |

**ORDER**

Having considered Defendant's Motion for Leave to File Supplemental Brief in Support

Reopening the Hearing on the Government Motion for Detention (Dkt. 52), the motion is

hereby **GRANTED**.

It is therefore **ORDERED** that the Sealed Supplemental Brief in Support (Dkt. 53) shall

be filed under **SEAL**.

   **So ORDERED and SIGNED this 26th day of June, 2023.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE